U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAY - 5 2016

TONY R. MOORE, CLERK
BY: _____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JESSE B. RODRIGUEZ,<br>Petitioner | CIVIL ACTION NO. 1:16-CV-323;<br>SECTION "P" |
| VERSUS | JUDGE TRIMBLE |
| J. A. BARNHART,<br>Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record including the objections filed by Petitioner, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the § 2241 petition is hereby DENIED AND DISMISSED with prejudice.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 5th day of May, 2016.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE